UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-00378-WBS-CSK |
| | No. 2:25-cv-00438-WBS-CSK |
| | No. 2:25-cv-00542-WBS-CSK |
| | No. 2:25-cv-00566-WBS-CSK |
| | No. 2:25-cv-00569-WBS-CSK |
| | No. 2:25-cv-00570-WBS-CSK |
| | No. 2:25-cv-00573-WBS-CSK |
| | No. 2:25-cv-00574-WBS-CSK |
| | No. 2:25-cv-00575-WBS-CSK |
| | No. 2:25-cv-00577-WBS-CSK |
| | |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review. (Id. at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-00378, 2:25-cv-00438, 2:25-cv-00542, 2:25-cv-00566, 2:25-cv-00569, 2:25-cv-00570, 2:25-cv-00573, 2:25-cv-00574, 2:25-cv-00575 and 2:25-cv-00577 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated: March 7, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE